# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAYMOND PINK, | No. CV 03-2832-GHK (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JOSE SOLIS, WARDEN | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 5/23/10

_____
GEORGE H. KING
United States District Judge