UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN RAYMOND PINK, | ) | No. CV 03-2832-GHK (CW) |
| Petitioner, | ) | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| v. | ) | |
| JOSE SOLIS, WARDEN | ) | |
| Respondent. | ) | |

The pro se petitioner is a prisoner in custody in this district pursuant to a state court judgment. Petitioner filed a Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) in this court. In the Report and Recommendation filed April 28, 2010 (docket no. 54), the magistrate judge recommended that the petition be denied on its merits. This court has adopted the recommendations of the magistrate judge, and ordered the petition denied and dismissed with prejudice.

"The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rules Governing Section 2254 Cases in the United States District Courts, Rule 11(a); Rules Governing Section 2255 Proceedings in the

United States District Courts, Rule 11(a) (same). A certificate of appealability ("COA") may not be issued unless there has been "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); United States v. Christakis, 238 F.3d 1164, 1168 n.4 (9th Cir. 2001). A "substantial showing" is a demonstration that: (1) issues are debatable among jurists of reason; (2) a court could resolve the issues differently; or (3) issues are adequate to deserve encouragement to proceed further. Barefoot v. Estelle, 463 U.S. 880, 893 n.4, 103 S. Ct. 3383, 78 L. Ed. 2d 1090 (1983); Slack v. McDaniel, 529 U.S. 473, 483, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000); Lambright v. Stewart, 220 F.3d 1022, 1024 (9th Cir. 2000).

When (as in the present case) a district court has rejected constitutional claims on their merits, the COA standard is straightforward. "The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack, 529 U.S. at 484.

In the present case, Petitioner's claims were fully addressed in the Report and Recommendation of United States Magistrate Judge ("R&R") accepted by this court. The relevant principles of law, as stated in the R&R, are well-settled, and their application to the facts of this case is straightforward. Nothing in the record indicates that the determination on these issues is reasonably debatable or subject to differing resolution, nor are petitioner's claims deserving of encouragement for further proceedings. Accordingly, this court finds no basis for issuing a certificate of appealability.

//
//

**ORDER:**

The issuance of a certificate of appealability is **DENIED**.

DATED: 5/23/10

GEORGE H. KING
United States District Judge

Presented by:

Dated: May 21, 2010

CARLA M. WOEHRLE
United States Magistrate Judge